Submitted August 1, OAR 137-002-0020 held valid September 10, 2008

Marcia K. DENISON,
*Petitioner,*

*v.*

DEPARTMENT OF JUSTICE,
*Respondent.*

Department of Justice
A133180

193 P3d 31

Marcia K. Denison filed the briefs *pro se.*

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denise G. Fjordbeck, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Petitioner in this proceeding has brought what this court has deemed to be a facial challenge to OAR 137-002-0020 pursuant to ORS 183.400. We have considered petitioner's arguments that the rule exceeds the authority of the agency that promulgated it and that it was adopted in a manner inconsistent with ORS 183.335. Petitioner's arguments lack merit, and a discussion of them would be of no benefit to the bench, the bar, or the public.

OAR 137-002-0020 held valid.